July 1, 1983.

463 A.2d 23

Cline, Appellant v. Cline.

Argued January 13, 1983. John A. Mika, for appellant; Robert Y. Cassol, for appellee.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.